JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> OLIVER LEATON NEELD, <br><br> Defendant. | NO. CR14-138JLR <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO FILE INDICTMENT <br><br> ~~(PROPOSED)~~ |

The Court has considered the parties' stipulated motion to extend the indictment deadline. It appears that it would be unreasonable to require the filing of an indictment within the 60-day period required by statute because of the need for further case evaluation prior to indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation. The parties have consented to entering an order extending the indictment deadline from on or about June 6, 2014 to August 6, 2014.

The Court finds that the ends of justice that are served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy indictment.

Therefore, it is ORDERED that the date on or before which an indictment must be filed is extended from June 6, 2014 to August 6, 2014.

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO FILE INDICTMENT
(Oliver Leaton Neeld; CR14-138JLR)       1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

It is FURTHER ORDERED that the period of delay from the date the information was filed, May 7, 2014, through August 6, 2014, is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DONE this 5th day of June, 2014.

_____
United States ~~Magistrate~~ District Judge

Presented by:

s/ *Corey Endo*
Corey Endo
Assistant Federal Public Defender


s/ *Hugo Torres*
Hugo Torres
Special Assistant United States Attorney
*By email authorization*

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME TO FILE INDICTMENT
(Oliver Leaton Neeld; CR14-138JLR)     2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100